No. 98–1402. REED v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–1413. HOFFMAN v. COHEN, SECRETARY OF DEFENSE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1432. TAMBASCIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6140. CHI PANG LEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6973. PHILLIPS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7479. NESBIT v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 98–7486. LEDFORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7795. BURGESS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 98–7890. CUMMINGS v. EVANS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–7901. COUSINO v. KIEFER. Ct. App. Mich. Certiorari denied.

No. 98–7902. COPLEY v. SAMMONS ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 98–7903. CAMPBELL v. CITY OF UNION POINT, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–7906. SPENCER v. GARRAGHTY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–7908. GYADU v. D'ADDARIO INDUSTRIES ET AL. App. Ct. Conn. Certiorari denied.

No. 98–7910. DICKINSON v. CHITWOOD ET AL. C. A. 1st Cir. Certiorari denied.